AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ramos, Edgardo | United States District Court, Southern District of New York | 03/05/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Thurgood Marshall United States Courthouse
40 Foley Square
Suite 410
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Day Pitney LLP | $94,666.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ██████████████, salary |
| 2. | 2012 | ██████████████, salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 03/05/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Revolving line of credit. | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 03/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase accounts | A | Interest | J | T | | | | | |
| 2. Bank of America accounts | A | Interest | K | T | | | | | |
| 3. People's Bank accounts | A | Interest | K | T | | | | | |
| 4. Charles Schwab Aggressive Growth Option | | None | N | T | | | | | |
| 5. TIAA CREF Retirement Accounts | | | | | | | | | |
| 6. - TIAA Traditional | | None | M | T | | | | | |
| 7. - CREF Stock | | None | M | T | | | | | |
| 8. - CREF Equity Index | | None | K | T | | | | | |
| 9. - CREF Global Equities | | None | K | T | | | | | |
| 10. - CREF Bond Market | | None | K | T | | | | | |
| 11. - CREF Inflation-Linked Bond | | None | J | T | | | | | |
| 12. - CREF Money Market | | None | J | T | | | | | |
| 13. Fidelity Retirement Account | | | | | | | | | |
| 14. - Dwight Asset Management Fixed Income Fund | | None | M | T | | | | | |
| 15. - Lazard/IBT Capital Allocater Balanced Portfolio | | None | M | T | | | | | |
| 16. - Spartan 500 Index-Investor Class | | None | L | T | | | | | |
| 17. - Fidelity Contrafund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ramos, Edgardo | 03/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Rainier Small Mid Cap Equity Instl CL | | None | K | T | | | | | |
| 19.  - PIMCO Total Return Inst CL | | None | J | T | | | | | |
| 20.  - T. Row Price Equity Income SHS | | None | K | T | | | | | |
| 21.  - Harbor International Instl CL | | None | J | T | | | | | |
| 22.  - Kalmar Growth-With-Value Small Cap | | None | J | T | | | | | |
| 23.  - Fidelity Intermediate Government Income fund | | None | J | T | | | | | |
| 24.  - Third Avenue Real Estate Value | | None | J | T | | | | | |
| 25.  Fidelity Money Market Trust Retirement Money Market Portfoli | | None | J | T | | | | | |
| 26.  CT Higher Education Trust Moderate Managed Allocation Fund | A | Dividend | M | T | | | | | |
| 27.  Vanguard U.S. Growth Fund UTMA | A | Dividend | L | T | | | | | |
| 28.  Brokerage Account # 1 | | | | | | | | | |
| 29.  - Merrill Lynch Mondy Market | A | Dividend | J | T | | | | | |
| 30.  - Abbot Labs | A | Dividend | J | T | | | | | |
| 31.  - ConAgra Foods | A | Dividend | J | T | | | | | |
| 32.  - Dupont E.I. De Nemours | A | Dividend | J | T | | | | | |
| 33.  - General Electric | A | Dividend | J | T | | | | | |
| 34.  - GlaxoSmithKline PLC ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ramos, Edgardo | 03/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Hospira | | Dividend | J | T | | | | | |
| 36.  - Pfizer | A | Dividend | K | T | | | | | |
| 37.  - Proctor & Gamble | A | Dividend | J | T | | | | | |
| 38.  Brokerage Account # 2 | | | | | | | | | |
| 39.  - Federated Capital Reserves Money Market | B | Dividend | M | T | | | | | |
| 40.  - AT&T | A | Dividend | K | T | | | | | |
| 41.  - Abbott Labs | A | Dividend | K | T | | | | | |
| 42.  - Alcoa Inc. | A | Dividend | J | T | | | | | |
| 43.  - Allstate Corp. | A | Dividend | J | T | | | | | |
| 44.  - Amerisource Bergen | A | Dividend | J | T | | | | | |
| 45.  - Amgen Inc. | | None | K | T | | | | | |
| 46.  - BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 47.  - Boeing Co Com | A | Dividend | J | T | | | | | |
| 48.  - Boston Scientific | | None | J | T | | | | | |
| 49.  - CBS Corp. CL B Com | A | Dividend | J | T | | | | | |
| 50.  - Cigna Corp. | A | Dividend | K | T | | | | | |
| 51.  -Campbell Soup Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 03/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 53. - Chevron Corp New Com | A | Dividend | K | T | | | | | |
| 54. - Cisco Systems Inc. | | None | J | T | | | | | |
| 55. - Clorox Co Com | A | Dividend | J | T | | | | | |
| 56. - Coach Inc. Com | A | Dividend | J | T | | | | | |
| 57. - Coca Cola Company | A | Dividend | J | T | | | | | |
| 58. - Comcast Corp CL A | A | Dividend | J | T | | | | | |
| 59. - ConAgra Foods Inc. Com | A | Dividend | J | T | | | | | |
| 60. - Conoco Phillips Com | A | Dividend | J | T | | | | | |
| 61. - Corn Products Intl Inc. Com | A | Dividend | J | T | | | | | |
| 62. - Disney Walt Co Disney Com | A | Dividend | K | T | | | | | |
| 63. - Discover Finl Svsc Inc. | A | Dividend | J | T | | | | | |
| 64. - DirecTV Com CL A | | None | J | T | | | | | |
| 65. - Dow Chem Co | A | Dividend | J | T | | | | | |
| 66. - Eastman Chem Co Com | A | Dividend | J | T | | | | | |
| 67. - Exxon Mobil Corp Com | A | Dividend | J | T | | | | | |
| 68. - Ford Motor Co Del Com Par | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 03/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Freeport McMoran Copper & Gold Inc. | A | Dividend | J | T | | | | | |
| 70. - General Electric Co Com | A | Dividend | J | T | | | | | |
| 71. - GlaxoSmithKline PLC Spons ADR | A | Dividend | J | T | | | | | |
| 72. - Hershey Co Com | A | Dividend | J | T | | | | | |
| 73. - Hillshire Brands Co Com | A | Dividend | J | T | Buy | 07/03/12 | J | | |
| 74. - Hospira Inc. Com | | None | J | T | | | | | |
| 75. - Intel Corp Com | A | Dividend | J | T | | | | | |
| 76. - IBM Corp | A | Dividend | K | T | | | | | |
| 77. - International Paper Co | A | Dividend | J | T | | | | | |
| 78. - JP Morgan Chase & Co Com | A | Dividend | J | T | | | | | |
| 79. - Kellogg Co | A | Dividend | J | T | | | | | |
| 80. - Lifepoint Hosps Inc. Com | | None | J | T | | | | | |
| 81. - Merck & Co Inc. New Com | A | Dividend | J | T | | | | | |
| 82. - Morgan Stanley Com New | A | Dividend | J | T | | | | | |
| 83. - NCR Corp Com | | None | J | T | | | | | |
| 84. - Newell Rubbermaid Inc. Com | A | Dividend | J | T | | | | | |
| 85. - News Corp CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 03/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Oriental Financial Group Inc. Com | A | Dividend | J | T | | | | | |
| 87.   - Pepsico Inc. | A | Dividend | J | T | | | | | |
| 88.   - Pfizer Inc. Com | A | Dividend | K | T | | | | | |
| 89.   - Praxair Inc. | A | Dividend | K | T | | | | | |
| 90.   - Raytheon Co New Com | A | Dividend | J | T | | | | | |
| 91.   - Sara Lee Corp | A | Dividend | J | T | | | | | |
| 92.   - Smucker J M Co Com New | A | Dividend | J | T | | | | | |
| 93.   - Target Corp | A | Dividend | K | T | | | | | |
| 94.   - Teradata Corp Del Com | | None | J | T | | | | | |
| 95.   - 3M Co Com | A | Dividend | J | T | | | | | |
| 96.   - Time Warner Inc. New Com New | A | Dividend | J | T | | | | | |
| 97.   - Time Warner Cable Inc. Com | A | Dividend | J | T | | | | | |
| 98.   - Travelers Cos Inc. Com | A | Dividend | J | T | | | | | |
| 99.   - United States Stl Corp New Com | A | Dividend | J | T | | | | | |
| 100.   - Verizon Communications Com | A | Dividend | J | T | | | | | |
| 101.   - Viacom Inc. CL B Com New | A | Dividend | J | T | | | | | |
| 102.   - Vodaphone Group PLC Spon ADR New | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 03/05/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Yum Brands Inc. Com | A | Dividend | J | T | | | | | |
| 104.  - Public Storage Common Stock (REIT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 03/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The amount of non-investment income shown as having been received from Day Pitney LLP in 2012 breaks down as follows: (1) $93,704 was return of my capital in the firm; and (2) $962 was income earned in 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edgardo Ramos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544